# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

MICHAEL GLENN PICKENS                                              PLAINTIFF
ADC #91738

V.                             NO: 2:09CV00081 JLH/HDY

MOSES JACKSON *et al.*                                            DEFENDANTS

## ORDER

On March 18, 2010, Plaintiff filed what has been docketed as a motion for default judgment, asserting that Defendants failed to respond to a Court order to file a response to his motion for injunctive relief, or to answer his complaint. However, Defendants' response to Plaintiff's motion for injunctive relief was filed on March 15, 2010 (docket entry #75), and all Defendants who have been served have filed an answer to his complaint (docket entries #19 & #43). Accordingly, there is no default, and Plaintiff's motion (docket entry #81) is DENIED.

IT IS SO ORDERED this __19__ day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE