## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

MICHAEL GLENN PICKENS                                                                PLAINTIFF
ADC #91738

v.                                      NO. 2:09CV00081 JLH/HDY

MOSES JACKSON, *et al.*                                                             DEFENDANTS

### ORDER

      Michael Glenn Pickens has filed a motion for temporary restraining order. Document #62. United States Magistrate Judge H. David Young has filed a Partial Report and Recommendations in which he recommended that the motion for preliminary injunction be denied. Upon *de novo* review of the relevant portions of the record and the Partial Report and Recommendations of United States Magistrate Judge H. David Young, the Court adopts the Partial Report and Recommendations in its entirety. Therefore, the motion for preliminary injunction is DENIED.

      IT IS SO ORDERED this 4th day of June, 2010.

                                                                   UNITED STATES DISTRICT JUDGE