IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL GLENN PICKENS                                                                              PLAINTIFF
ADC #91738

v.                                           NO. 2:09CV00081 JLH/HDY

MOSES JACKSON, *et al.*                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IS THEREFORE ORDERED THAT the motion for summary judgment filed by Defendant Tracy Aldridge (docket entry #107) is DENIED.

DATED this 6th day of August, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE