# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

MICHAEL GLENN PICKENS,                                       PLAINTIFF
ADC #91738

v.                        NO. 2:09CV00081 JLH

MOSES JACKSON, et al.                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion for summary judgment is GRANTED IN PART and DENIED IN PART. Document #227.

2. Defendants' motion is GRANTED with respect to Plaintiff's claims for monetary damages against them in their official capacities, and all such claims are DISMISSED WITH PREJUDICE.

3. Defendants' motion is GRANTED with respect to Plaintiff's claims against Defendants Leslie Dover, Ray Hobbs, Greg Harmon, and Wendy Kelley; all of Plaintiff's personal capacity claims against them are DISMISSED WITHOUT PREJUDICE, and the names of Dover, Hobbs, Harmon, and Kelley are removed as party defendants.

4. Defendants' motion is DENIED with respect to Plaintiff's claims against Defendants Moses Jackson, Marion Beard, and Jeremy Andrews, in their personal capacities.

IT IS SO ORDERED this 26th day of April, 2012.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE