**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MICHAEL GLENN PICKENS                                               PLAINTIFF
ADC #91738

v.                            NO. 2:09CV00081 JLH/HDY

MOSES JACKSON, *et al.*                                        DEFENDANTS

**ORDER**

Michael Glenn Pickens has filed a motion for expenses for obtaining documents and a renewed motion for authorization to incur expert witness fees. That motion is GRANTED. Document #255.

First, Pickens has requested reimbursement for his attorney for obtaining medical records at a cost of $99.87. The Clerk is authorized to issue a check form the Library Fund in the amount of $99.87 to the law firm of Lyons & Cone, PLC, for reimbursement of the expense of obtaining those medical records.

Pickens has also requested the personnel records of the defendants from the Arkansas Department of Correction and estimates that the costs to copy and provide the documents to be between $100.00 and $500.00. To the extent that those documents are subject to the Arkansas Freedom of Information Act or discoverable under the Federal Rules of Civil Procedure, the Court orders the Arkansas Attorney General to obtain those documents and provide them to counsel for Pickens without charge. If a protective order is needed to prevent dissemination of the documents, an appropriate motion should be filed, after consultation with counsel for Pickens to see whether an agreement as to a protective order can be reached.

Finally, Pickens requests advance approval for the retention of an expert, Jim Rhiner. The estimates for Rhiner's fees and expenses is not to exceed $4,765.00, provided that if he may testify via videoconference the estimate would be no greater than $3,762.50. Rhiner should be permitted

to testify by videoconference. The Court therefore gives advance approval to retaining the services of Jim Rhiner and advance approval of fees and expenses not to exceed $3,762.50, on the condition that Rhiner testify by videoconference.

    IT IS SO ORDERED this 3rd day of August, 2012.

*/s/ J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE