# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

MICHAEL GLENN PICKENS                                                  PLAINTIFF
ADC #91738

V.                      NO: 2:09CV00081 JLH/HDY

MOSES JACKSON *et al.*                                                    DEFENDANTS

## ORDER

The Court has received from Plaintiff a letter and attachments describing his complaints with a drug test he took in February of 2012. This case involves allegations pertaining to a June 25, 2006, incident when Plaintiff was exposed to light from a germicidal light bulb. Although the allegations in Plaintiff's letter may provide the grounds for a new lawsuit, they are not appropriate for consideration here. Accordingly, the Clerk is directed to return the documents to Plaintiff without filing them. If Plaintiff wishes, he may file a new lawsuit regarding the issues involved in the drug test.

IT IS SO ORDERED this __8__ day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE