## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

MICHAEL GLENN PICKENS, ADC #91738                                    PLAINTIFF

v.                              NO. 2:09CV00081 JLH/HDY

MOSES JACKSON, *et al.*                                              DEFENDANTS

## ORDER

The above referenced case is scheduled for a jury trial to begin at **9:15 a.m., on TUESDAY, SEPTEMBER 4, 2012**, before United States District Judge J. Leon Holmes, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

The Arkansas Department of Correction is directed to ensure the attendance of plaintiff **MICHAEL GLENN PICKENS, ADC #91738**, who is presently confined at the Arkansas Department of Correction, Varner Unit, at **8:30 a.m., on Tuesday, September 4, 2012,** *and each day thereafter until the trial is concluded*, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

The Arkansas Department of Correction is further directed to send with plaintiff his complete institutional and medical files.

IT IS SO ORDERED this 23rd day of August, 2012.

*J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE