## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

MICHAEL GLENN PICKENS                                                                                    PLAINTIFF
ADC #91738

v.                                            NO. 2:09CV00081 JLH

MOSES JACKSON, Captain, East Arkansas
Regional Unit, Arkansas Department of
Correction; MARION BEARD, Lt., East
Arkansas Regional Unit, Arkansas Department
of Correction; and JEREMY ANDREWS,
Field Major, East Arkansas Regional Unit,
Arkansas Department of Correction                                                                        DEFENDANTS

## PROTECTIVE ORDER

The employment records and personnel files of the defendants produced to the plaintiff are subject to the following protective order:

1.      That information may be used only in connection with preparing and presenting the parties' case to the Court.  The information will not be transferred or communicated to any person not a party to this litigation other than for proper purposes directly related to preparation for trial and presentation of evidence at trial.

2.      No personnel records will be made available to Michael Glenn Pickens or any other inmate for review or inspection.

3.      Counsel for the plaintiff may not use any personnel file or employment record of the defendants in open court without first giving notice to defense counsel and giving defense counsel an opportunity to object or to seek to have the document received into evidence under seal.

4.      At the conclusion of this action, all copies of the defendants' personnel files or employment records must be returned to defense counsel.

IT IS SO ORDERED this 4th day of September, 2012.

```
                                        _____
                                        J. LEON HOLMES
                                        UNITED STATES DISTRICT JUDGE
```