**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MICHAEL GLENN PICKENS, ADC #91738                                              PLAINTIFF

v.                              CASE NO. 2:09CV00081 JLH/HDY

MOSES JACKSON, *et al.*                                                        DEFENDANTS

**ORDER**

The Order directing the Arkansas Department of Community Correction to transport **ERIC A. WILLIAMS** for trial testimony on Wednesday, September 5, 2012. is hereby WITHDRAWN.

The Court has been informed that Mr. Williams will not be called as a witness.

IT IS SO ORDERED this 4th day of September, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE