**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MICHAEL GLENN PICKENS                                                                PLAINTIFF
ADC #91738

v.                                                          NO. 2:09CV00081 JLH

MOSES JACKSON, Captain, East Arkansas
Regional Unit, Arkansas Department of
Correction; MARION BEARD, Lt., East
Arkansas Regional Unit, Arkansas Department
of Correction; and JEREMY ANDREWS,
Field Major, East Arkansas Regional Unit,
Arkansas Department of Correction                                              DEFENDANTS

**JUDGMENT**

This action came before the Court for trial by jury beginning September 4, 2012.  Michael

Glenn Pickens appeared in person and with his lawyers, Jim Lyons, James Michael Cone, and Zachary

Brian Baker.  Moses Jackson, Marion Beard,[1] and Jeremy Andrews appeared in person and with their

lawyers, KaTina Rena Hodge and Christine A. Cryer.  All parties announced ready for trial.  After

all of the evidence had been received and the jury duly instructed on the law, the jury returned

verdicts as follows:

1.    On Michael Pickens' Excessive Force claim against Moses Jackson, the jury found in favor of Moses Jackson.

2.    On Michael Pickens' Excessive Force claim against Jeremy Andrews, the jury found in favor of Jeremy Andrews.

3.    On Michael Pickens' Excessive Force claim against Marion Beard, the jury found in favor of Marion Beard.

4.    On Michael Pickens' Conditions of Confinement claim against Moses Jackson, the jury found in favor of Moses Jackson.

---

[1] Ms. Beard appeared on the morning of September 5, 2012, but otherwise was absent by permission of the Court due to an illness.

5.    On Michael Pickens' Conditions of Confinement claim against Jeremy Andrews, the jury found in favor of Jeremy Andrews.

6.    On Michael Pickens' Conditions of Confinement claim against Marion Beard, the jury found in favor of Marion Beard.

Judgment is therefore entered in favor of Moses Jackson, Marion Beard, and Jeremy Andrews on the claims of Michael Glenn Pickens.  The complaint of Michael Glenn Pickens is dismissed with prejudice.

IT IS SO ORDERED this 7th day of September, 2012.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE