**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

MICHAEL GLENN PICKENS                                                                        PLAINTIFF
ADC #91738

v.                                         NO. 2:09CV00081 JLH

MOSES JACKSON, Captain, East Arkansas
Regional Unit, Arkansas Department of
Correction; MARION BEARD, Lt., East
Arkansas Regional Unit, Arkansas Department
of Correction; and JEREMY ANDREWS,
Field Major, East Arkansas Regional Unit,
Arkansas Department of Correction                                                          DEFENDANTS

## ORDER

Pending before the Court is the application of Lyons & Cone, P.L.C., for reimbursement of out-of-pocket expenses. Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court orders the Clerk of the Court to disperse money from the Library Fund in the amount of $4,819.92 and distribute it to the named applicant.[1] A copy of this Order, together with the application, shall be placed in the Library Fund maintained by the Clerk of the Court.

IT IS SO ORDERED this 12th day of September, 2012.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] The Court reduced the mileage reimbursement from the amount claimed of $268.40 to $148.74, which represents 268 miles times work reimbursement rate of $0.555 per mile. The Court also reduced the lodging from $1,419.58 to $500.00 because Rule 83.6 requires advance approval for the expenditure of any amount exceeding $500.00, and no advance approval was sought for lodging in excess of that amount.